### 28601. CHRISTIAN *v.* THE STATE.

MACINTYRE, J. The evidence amply authorized the verdict finding the defendant guilty of selling liquor, and none of the grounds of the motion for new trial requires the grant of a new trial.

*Judgment affirmed. Broyles, C. J., and Gardner, J., concur.*

DECIDED FEBRUARY 1, 1941.

*George G. Finch, J. L. Finch,* for plaintiff in error.
*Roy Leathers, solicitor-general,* contra.